IN THE STATE COURT OF TROUP COUNTY
STATE OF GEORGIA

CANDIDA PILGRIM

      Plaintiff,

v.

OTIS TRANSPORTATION, LLC;
JOSHUA O. NDUKO;
PEOPLES INSURANCE COMPANY;
SPIRIT COMMERCIAL AUTO RR
GROUP INC. and TRANSPORTATION
AUTHORITY, LLC,

      Defendants.

Civil Action File No. 15-CS-310

## ANSWER AND DEFENSES OF DEFENDANT SPIRIT COMMERCIAL AUTO RR GROUP INC.

COMES NOW Spirit Commercial Auto RR Group, Inc. (this "Defendant"), named Defendant in the above-styled action, and files the following Answer and Defenses to Plaintiff's Complaint for Damages ("Complaint") and shows the Court as follows:

### FIRST DEFENSE

Some or all of Plaintiff's Complaint fails to state a claim upon which relief can be granted against this Defendant.

### SECOND DEFENSE

This Defendant did not breach a duty of care to Plaintiff.

### THIRD DEFENSE

No alleged breach of any duty by this Defendant was the proximate cause of Plaintiff's alleged damages.


EXHIBIT
B

## FOURTH DEFENSE

This Defendant raises defenses based on Plaintiff's own contributory and/or comparative negligence.

## FIFTH DEFENSE

This Defendant is not subject to direct action under O.C.G.A. 40-2-100, *et seq.*

## SIXTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided the consequences of any alleged act or alleged failure to act by this Defendant.

### 1.

This Defendant admits that Plaintiff has filed a lawsuit as described in Paragraph No. 1 of the Complaint.

## I. PARTIES, JURISDICTION AND VENUE

### 2.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 2 of the Complaint, and therefore, can neither admit nor deny the same.

### 3.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 3 of the Complaint, and therefore, can neither admit nor deny the same.

**4.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 4 of the Complaint, and therefore, can neither admit nor deny the same.

**5.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 5 of the Complaint, and therefore, can neither admit nor deny the same.

**6.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 6 of the Complaint, and therefore, can neither admit nor deny the same.

**7.**

This Defendant admits it is a foreign insurance corporation. This Defendant denies it is incorporated in Missouri, a joint tortfeasor and that it is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. 14-3-510(b). This Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph No. 7 of the Complaint and, therefore, can neither admit nor deny same.

**8.**

This Defendant admits that it has in place a policy of liability insurance in which Defendant Otis Transportation, LLC is the named insured.  This Defendant denies that it is subject to the jurisdiction and venue of this Court.  This Defendant admits that its principal office

is located at 611 West Fort Scott Street, Ste. D, Butler, MO 64730 and that it may be served via its registered agent for service at its principal business address.

**9.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 9 of the Complaint, and therefore, can neither admit nor deny the same.

**10.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 10 of the Complaint, and therefore, can neither admit nor deny the same.

**11.**

This Defendant denies the allegation contained in Paragraph No. 11 of the Complaint.

**II. Facts**

**12.**

This Defendant incorporates by reference its responses to Paragraph Nos. 1 through 11 of the Complaint as if fully stated herein.

**13.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 13 of the Complaint, and therefore, can neither admit nor deny the same.

**14.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 14 of the Complaint, and therefore, can neither admit nor deny the same.

**15.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 15 of the Complaint, and therefore, can neither admit nor deny the same.

**16.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 16 of the Complaint, and therefore, can neither admit nor deny the same.

**17.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 17 of the Complaint, and therefore, can neither admit nor deny the same.

**18.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 18 of the Complaint, and therefore, can neither admit nor deny the same.

**19.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 19 of the Complaint, and therefore, can neither admit nor deny the same.

**20.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 20 of the Complaint, and therefore, can neither admit nor deny the same.

**21.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 21 of the Complaint, and therefore, can neither admit nor deny the same.

**22.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 22 of the Complaint, and therefore, can neither admit nor deny the same.

### III. CAUSE OF ACTION

### COUNT I – NEGLIGENCE/NEGLIGENCE PER SE

**23.**

In response to Paragraph No. 23 of the Complaint, this Defendant incorporates by reference its responses to Paragraph Nos. 1 through 22 of the Complaint as if fully stated herein.

**24.**

In response to Paragraph No. 24 of the Complaint, these Defendants admit that the statutes identified in subsections a through c were in force at the time of the subject collision. However, these Defendants deny that Paragraph No. 24 fully states the text of these statutes therein.  These Defendants deny the remaining allegations contained in Paragraph No. 24 of the Complaint.

**25.**

This Defendant denies, as pled, the allegations contained in Paragraph No. 25 of the Complaint.

**26.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 26 of the Complaint, and therefore, can neither admit nor deny the same.

**27.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 27 of the Complaint, and therefore, can neither admit nor deny the same.

**28.**

This Defendant denies, as pled, the allegations contained in Paragraph No. 28 of the Complaint.

**29.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 29 of the Complaint, and therefore, can neither admit nor deny the same.

**30.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 30 of the Complaint, and therefore, can neither admit nor deny the same.

## COUNT II – NEGLIGENT ENTRUSTMENT

**31.**

In response to Paragraph No. 31 of the Complaint, this Defendant incorporates by reference its responses to Paragraph Nos. 1 through 30 of the Complaint as if fully stated herein.

**32.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 32 of the Complaint, and therefore, can neither admit nor deny the same.

**33.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 33 of the Complaint, and therefore, can neither admit nor deny the same.

**34.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 34 of the Complaint, and therefore, can neither admit nor deny the same.

**35.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 35 of the Complaint, and therefore, can neither admit nor deny the same.

## COUNT III – NEGLIGENCE SUPERVISION, TRAINING AND RETENTION

**36.**

In response to Paragraph No. 36 of the Complaint, this Defendant incorporates by reference its responses to Paragraph Nos. 1 through 35 of the Complaint as if fully stated herein.

**37.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 37 of the Complaint, and therefore, can neither admit nor deny the same.

**38.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 38 of the Complaint, and therefore, can neither admit nor deny the same.

**39.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 39 of the Complaint, and therefore, can neither admit nor deny the same.

**40.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 40 of the Complaint, and therefore, can neither admit nor deny the same.

**41.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 41 of the Complaint, and therefore, can neither admit nor deny the same.

## COUNT IV. – VIOLATION OF O.C.G.A. § 13-6-11

**42.**

In response to Paragraph No. 42 of the Complaint, this Defendant incorporates by reference its responses to Paragraph Nos. 1 through 41 of the Complaint as if fully stated herein.

**43.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 43 of the Complaint, and therefore, can neither admit nor deny the same.

**44.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 44 of the Complaint, and therefore, can neither admit nor deny the same.

**45.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 45 of the Complaint, and therefore, can neither admit nor deny the same.

**46.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 46 of the Complaint, and therefore, can neither admit nor deny the same.

**47.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 47 of the Complaint, and therefore, can neither admit nor deny the same.

**48.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 48 and subparts a through d of the Complaint, and therefore, can neither admit nor deny the same.

**48a.**

This Defendant denies, as pled, the allegations contained in Paragraph No. 48a of the Complaint.

11

**48b.**

This Defendant admits that an investigation was undertaken into the circumstances of the wreck by its retained counsel.

**48c.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 48c of the Complaint, and therefore, can neither admit nor deny the same.

**48d.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 48d of the Complaint, and therefore, can neither admit nor deny the same.

**49.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 49 of the Complaint, and therefore, can neither admit nor deny the same.

**49a.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 49a of the Complaint, and therefore, can neither admit nor deny the same.

**49b.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 49b of the Complaint, and therefore, can neither admit nor deny the same.

**49c.**

In response to Paragraph No. 49c of the Complaint, this Defendant admits that it denies any and all liability.

**49d.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 49d of the Complaint, and therefore, can neither admit nor deny the same.

**50.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 50 of the Complaint, and therefore, can neither admit nor deny the same.

**51.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 51 of the Complaint, and therefore, can neither admit nor deny the same.

**52.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 52 of the Complaint, and therefore, can neither admit nor deny the same.

**53.**

This Defendant denies the allegations in Paragraph No. 53 of the Complaint.

**54.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 54 of the Complaint, and therefore, can neither admit nor deny the same.

**55.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 55 of the Complaint, and therefore, can neither admit nor deny the same.

**56.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 56 of the Complaint, and therefore, can neither admit nor deny the same.

**57.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 57 of the Complaint, and therefore, can neither admit nor deny the same.

**58.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 58 of the Complaint, and therefore, can neither admit nor deny the same.

**59.**

This Defendant denies the allegations contained in Paragraph No. 59 of the Complaint.

## COUNT III – DIRECT ACTION AGAINST DEFENDANTS PEOPLES, SPIRIT AND TRANSPORTATION

**60.**

In response to Paragraph No. 60 of the Complaint, this Defendant incorporates by reference all the above responses to the Complaint as if fully stated herein.

**61.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 61 of the Complaint, and therefore, can neither admit nor deny the same.

**62.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 62 of the Complaint, and therefore, can neither admit nor deny the same.

**63.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 63 of the Complaint, and therefore, can neither admit nor deny the same.

**64.**

This Defendant denies the allegations contained in Paragraph No. 64 of the Complaint, as pled.

**65.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 65 of the Complaint, and therefore, can neither admit nor deny the same.

**66.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 66 of the Complaint, and therefore, can neither admit nor deny the same.

## COUNT IV – VICARIOUS LIABILITY OF DEFENDANT OTIS

**67.**

In response to Paragraph No. 67 of the Complaint, this Defendant incorporates by reference all the above responses to the Complaint as if fully stated herein.

**68.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 68 of the Complaint, and therefore, can neither admit nor deny the same.

**69.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 69 of the Complaint, and therefore, can neither admit nor deny the same.

**70.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 70 of the Complaint, and therefore, can neither admit nor deny the same.

**71.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 71 of the Complaint, and therefore, can neither admit nor deny the same.

**72.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 72 of the Complaint, and therefore, can neither admit nor deny the same.

**73.**

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 73 of the Complaint, and therefore, can neither admit nor deny the same.

## COUNT V – FEDERAL LAW VIOLATIONS BY ALL DEFENDANTS

**74.**

In response to Paragraph No. 74 of the Complaint, this Defendant incorporates by reference all the above responses to the Complaint as if fully stated herein.

**75.**

This Defendant denies the allegations of Paragraph No. 75 of the Complaint.

**76.**

This Defendant denies the allegations contained in Paragraph No. 76 of the Complaint.

**77.**

This Defendant denies the allegations contained in Paragraph No. 77 of the Complaint.

**78.**

This Defendant denies the allegations contained in the unnumbered final paragraph of the Complaint including its subparts a through f.

**79.**

Any allegation of the Complaint not admitted, denied or otherwise responded to above is hereby denied.

WHEREFORE, having fully answered, this Defendant prays that the Complaint be dismissed with costs of this action cast against the Plaintiff.

This 21st day of January, 2016.

Respectfully submitted,
**CARLOCK, COPELAND & STAIR, LLP**

*/s/ Marc A. Hood*

By: _____
RICHARD C. FOSTER, ESQ.
State Bar No.: 2710
rfoster@carlockcopeland.com
MARC. A HOOD, ESQ.
State Bar No.: 490821
*mhood@carlockcopeland.com*
KIMBERLY B. REEVES, ESQ.
State Bar No.: 333419
kreeves@carlockcopeland.com
*Attorneys for Defendants Otis
Transportation, LLC, Joshua O. Nduko
and Spirit Commercial Auto RR
Group, Inc.*

**Carlock, Copeland & Stair, LLP**
191 Peachtree Street, Suite 3600
Atlanta, GA 30303-1235
(404) 522-8220 Phone
(404) 523-2345 Fax

19

IN THE STATE COURT OF TROUP COUNTY
STATE OF GEORGIA

CANDIDA PILGRIM

       Plaintiff,

v.

OTIS TRANSPORTATION, LLC;
JOSHUA O. NDUKO;
PEOPLES INSURANCE COMPANY;
SPIRIT COMMERCIAL AUTO RR
GROUP INC. and TRANSPORTATION
AUTHORITY, LLC,

       Defendants.

Civil Action File No. 15-CS-310

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Answer and Defenses of Spirit Commercial Auto RR Group Inc.** upon all parties using the PeachCourt E-file and Serve System and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

Derek J. White, Esq.
THE WHITE LAW GROUP
PO Box 787
Savannah, Georgia 31322

James W. Segura, Esq.
VARNER & SEGURA
304 Pettigru Street
Greensville, South Carolina 29601

Transportation Authority, LLC
c/o Robert F. Lorgeree
1349 Galleria Drive
Henderson, NV 89014

*(Continued on following page)*

Peoples Insurance Agency, LLC
c/o National Corporate Research, LTD
900 Old Roswell Lakes Parkway
Suite 310
Roswell, Georgia 30076

This 21st day of January, 2016.

Respectfully Submitted,
**CARLOCK, COPELAND & STAIR, LLP.**

*/s/ Marc A. Hood*

By:    _____

MARC A. HOOD, ESQ.
State Bar No.: 490821
*mhood@carlockcopeland.com*
***Attorney for Defendants Otis***
***Transportation, LLC, Joshua O. Nduko***
***and Spirit Commercial Auto RR***
***Group, Inc.***

**Carlock, Copeland & Stair, LLP**
191 Peachtree Street, Suite 3600
Atlanta, GA 30303-1235
(404) 522-8220 Phone
(404) 523-2345 Fax



**PEACHCOURT**

Richard Foster ▾

(/)

CASE SEARCH (/Search) │ MY CASES (/MyCases) │ DRAFTS (/Drafts) │ HISTORY (/History) │ NEW CASE (/File/Details/InitiateInitial)

# You have submitted this filing successfully:

# Peach# E-DVG3QRUH

Your filing is now available for review by **The Clerk of Troup County State Court.**

PeachCourt has emailed a summary of the filing information to you. If the filing is accepted by the court, then PeachCourt will notify all counsel of record in this case who are registered with PeachCourt of the filing and a file-stamped copy of the document(s) will be emailed to you and each designated service recipient.

By eFiling through PeachCourt, you just saved at least **02 hours 13 minutes** and avoided driving **137 miles** to and from the Troup County Courthouse.

© 2016 GreenCourt Legal Technologies, LLC (http://www.greencourt.com) | Privacy Policy (../../Content/Privacy Policy for peachcourt.com.pdf) | Terms & Conditions (../../Content/PeachCourt.eFile.T&C.pdf) | Get help from a real person - call toll-free 844-GA-EFILE | Server Time: 1/21/2016 9:19:41 AM



# PEACHCOURT

(/)

Richard Foster ▾

CASE SEARCH (/Search) │ MY CASES (/MyCases) │ DRAFTS (/Drafts) │
HISTORY (/History) │ NEW CASE (/File/Details/InitiateInitial)

# You have submitted this filing successfully:

# Peach# E-CJWQWD42

Your filing is now available for review by **The Clerk of Troup County State Court.**

PeachCourt has emailed a summary of the filing information to you. If the filing is accepted by the court, then PeachCourt will notify all counsel of record in this case who are registered with PeachCourt of the filing and a file-stamped copy of the document(s) will be emailed to you and each designated service recipient.

By eFiling through PeachCourt, you just saved at least **02 hours 13 minutes** and avoided driving **137 miles** to and from the Troup County Courthouse.

© 2016 GreenCourt Legal Technologies, LLC (http://www.greencourt.com) | Privacy Policy (../../Content/Privacy Policy for peachcourt.com.pdf) | Terms & Conditions (../../Content/PeachCourt.eFile.T&C.pdf) | Get help from a real person - call toll-free 844-GA-EFILE | Server Time: 1/21/2016 9:22:31 AM

IN THE STATE COURT OF TROUP COUNTY
STATE OF GEORGIA

CANDIDA PILGRIM

      Plaintiff,

v.

OTIS TRANSPORTATION, LLC;
JOSHUA O. NDUKO;
PEOPLES INSURANCE COMPANY;
SPIRIT COMMERCIAL AUTO RR
GROUP INC. and TRANSPORTATION
AUTHORITY, LLC,

      Defendants.

Civil Action File No. 15-CS-310

## DEMAND FOR JURY PANEL OF TWELVE

COMES NOW Spirit Commercial Auto RR Group, Inc., Defendant in the above-styled action, by and through its attorney, and demands in writing prior to the commencement of the trial term that the above-styled case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-12-122.

This 21st day of January, 2016.

*(Signature on following page)*

Respectfully submitted,
**CARLOCK, COPELAND & STAIR, LLP**

*/s/ Marc A. Hood*

By: _____

RICHARD C. FOSTER, ESQ.
State Bar No.: 2710
*rfoster@carlockcopeland.com*
MARC. A HOOD, ESQ.
State Bar No.: 490821
*mhood@carlockcopeland.com*
KIMBERLY B. REEVES, ESQ.
State Bar No.: 333419
*kreeves@carlockcopeland.com*
***Attorneys for Defendants Otis
Transportation, LLC, Joshua O. Nduko
and Spirit Commercial Auto RR
Group, Inc.***

**Carlock, Copeland & Stair, LLP**
191 Peachtree Street, Suite 3600
Atlanta, GA 30303-1235
(404) 522-8220 Phone
(404) 523-2345 Fax

IN THE STATE COURT OF TROUP COUNTY
STATE OF GEORGIA

CANDIDA PILGRIM

      Plaintiff,

v.

OTIS TRANSPORTATION, LLC;
JOSHUA O. NDUKO;
PEOPLES INSURANCE COMPANY;
SPIRIT COMMERCIAL AUTO RR
GROUP INC. and TRANSPORTATION
AUTHORITY, LLC,

      Defendants.

Civil Action File No. 15-CS-310

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the within and foregoing **Demand for Jury Panel of Twelve** upon all parties using the PeachCourt E-file and Serve System and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

Derek J. White, Esq.
THE WHITE LAW GROUP
PO Box 787
Savannah, Georgia 31322

James W. Segura, Esq.
VARNER & SEGURA
304 Pettigru Street
Greensville, South Carolina 29601

Transportation Authority, LLC
c/o Robert F. Lorgeree
1349 Galleria Drive
Henderson, NV 89014

Peoples Insurance Agency, LLC
c/o National Corporate Research, LTD
900 Old Roswell Lakes Parkway
Suite 310
Roswell, Georgia 30076

*(Signature on following page)*

This 21st day of January, 2016.

                                   Respectfully Submitted,
                                   **CARLOCK, COPELAND & STAIR, LLP.**

                                   */s/ Marc A. Hood*

By:                       _____
                                   MARC A. HOOD, ESQ.
                                   State Bar No.: 490821
                                   *mhood@carlockcopeland.com*
                                   ***Attorney for Defendants Otis***
                                   ***Transportation, LLC, Joshua O. Nduko***
                                   ***and Spirit Commercial Auto RR***
                                   ***Group, Inc.***

**Carlock, Copeland & Stair, LLP**
191 Peachtree Street, Suite 3600
Atlanta, GA 30303-1235
(404) 522-8220 Phone
(404) 523-2345 Fax