IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CANDIDA PILGRIM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OTIS TRANSPORTATION, LLC;<br>JOSHUA O. NDUKO;<br>PEOPLES INSURANCE COMPANY;<br>SPIRIT COMMERCIAL AUTO RR<br>GROUP, INC. and<br>TRANSPORTATION AUTHORITY,<br>LLC,<br><br>　　　　Defendants. | Civil Action File No. 3:16-cv-16-TCB<br>_____ |

**DEFENDANT SPIRIT COMMERCIAL AUTO RR GROUP, INC.'S
CERTIFICATE OF INTERESTED PERSONS**

　　(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　　　a. Spirit Commercial Auto RR Group, Inc. is wholly owned by Spirit Commercial Auto Association, which is not publicly traded;

　　　　b. The remaining parties to this action are:

　　　　　　i. Candida Pilgrim;

    ii. Otis Transportation, LLC;

    iii. Peoples Insurance Company; and

    iv. Transportation Authority, LLC.

 (2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  a. Other than individuals and entities who are parties to this case and those individuals listed in Section (1) of this filing, there are no other persons, associations, firms, partnerships, or corporations known to this Defendant which either have a financial interest in this litigation or other interest which could be substantially affected.

 (3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  a. Richard C. Foster, Carlock, Copeland & Stair, LLP;

  b. Marc A. Hood, Carlock, Copeland & Stair, LLP;

  c. Kimberly B. Reeves, Carlock, Copeland & Stair, LLP;

  d. Derek J. White, The White Law Group; and,

    e.  James W. Segura, Varner & Segura

This 21st day of January 2016.

               Respectfully submitted,
                **CARLOCK, COPELAND & STAIR, LLP**

                */s/ Kimberly B. Reeves*
By: _____
                Richard C. Foster, Esq.
                Georgia State Bar No.: 271057
                Marc A. Hood, Esq.
                Georgia State Bar No.: 490821
                Kimberly B. Reeves, Esq.
                Georgia State Bar No.: 333419
                **Carlock, Copeland & Stair LLP**
                191 Peachtree Street, Suite 3600
                Atlanta, Georgia 30303
                (404) 522-8220 Phone / (404) 523-2345 Fax
                *rfoster@carlockcopeland.com*
                *mhood@carlockcopeland.com*
                *kreeves@carlockcopeland.com*
                ***Attorneys for Defendants Otis Transportation, LLC, Joshua O. Nduko and Spirit Commercial Auto RR Group, Inc.***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| CANDIDA PILGRIM,<br><br>      Plaintiff,<br><br>v.<br><br>OTIS TRANSPORTATION, LLC;<br>JOSHUA O. NDUKO;<br>PEOPLES INSURANCE COMPANY;<br>SPIRIT COMMERCIAL AUTO RR<br>GROUP, INC. and<br>TRANSPORTATION AUTHORITY,<br>LLC,<br><br>      Defendants. | Civil Action File No. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Defendant Spirit Commercial Auto RR Group, Inc.'s Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record and parties as follows:

*(Addresses on following page)*

Derek J. White, Esq.
THE WHITE LAW GROUP
PO Box 787
Savannah, Georgia 31322

James W. Segura, Esq.
VARNER & SEGURA
304 Pettigru Street
Greensville, South Carolina 29601

Transportation Authority, LLC
c/o Robert F. Lorgeree
1349 Galleria Drive
Henderson, NV 89014

Peoples Insurance Agency, LLC
c/o National Corporate Research, LTD
900 Old Roswell Lakes Parkway
Suite 310
Roswell, Georgia 30076

This 21st day of January, 2016.

*(Signature on following page)*

                          Respectfully submitted,
                          **CARLOCK, COPELAND & STAIR, LLP**

                          */s/ Kimberly B. Reeves*
By: _____
                          Kimberly B. Reeves, Esq.
                          Georgia State Bar No.: 333419
                          *Kreeves@carlockcopeland.com*
                          ***Attorney for Defendants***
                          ***Otis Transportation, LLC, Joshua O. Nduko***
                          ***and Spirit Commercial Auto***
                          ***RR Group, Inc.***

**CARLOCK, COPELAND & STAIR, LLP.**
191 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30303
(404) 522-8220 Phone
(404) 523-2345 Fax