IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CANDIDA PILGRIM,<br><br>    Plaintiff,<br><br>v.<br><br>OTIS TRANSPORTATION, LLC; JOSHUA O. NDUKO; PEOPLES INSURANCE COMPANY; SPIRIT COMMERCIAL AUTO RR GROUP, INC. and TRANSPORTATION AUTHORITY, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 3:16-00016-TCB |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

(1)

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a.  Plaintiff:

   -   Candida Pilgrim

b.  Defendants:

   i.   Spirit Commercial Auto RR Group, Inc.;

   ii.  Otis Transportation, LLC;

   iii. Peoples Insurance Company; and

   iv.  Transportation Authority, LLC.

At this point in litigation, counsel for plaintiff does not have any knowledge of any other party that may be associated with any one defendant.

(2)

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>Other than individuals and entities listed herein above in Section (1), counsel for plaintiff is unaware of any other persons, associations, firms, partnerships, or corporations who have any type of financial interest whatsoever in this litigation which could  be affected.

(3)

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a.	Counsel for Plaintiff:

- Derek J. White of The White Law Group
- James W. Segura of the Varner & Segura Law Firm

b.	Counsel for Defedants Otis, Spirit and Nduko:

- Richard C. Foster
- Marc A. Hood
- Kimberly B. Reeves

All who are members of the firm of Carlock, Copeland & Stair, LLP.

c.	Defendant Peoples Insurance Company has not been served at this time.

This 26th day of January 2016.

[SIGNATURE ON THE FOLLOWING PAGE]

                                        /s/ Derek J. White  
                                        DEREK J. WHITE  
                                        Ga Bar No. 753291  
**THE WHITE LAW GROUP**          Co-Counsel for Plaintiff  
P.O. Box 787  
Pooler, Georgia 31322  
(912)330-9733

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| CANDIDA PILGRIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| OTIS TRANSPORTATION, LLC; JOSHUA O. NDUKO; PEOPLES INSURANCE COMPANY; SPIRIT COMMERCIAL AUTO RR GROUP, INC. and TRANSPORTATION AUTHORITY, LLC, | ) ) ) ) | NO. 3:16-00016-TCB |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S CERTIFICATE OF SERVICE

**COMES NOW**, the undersigning Counsel of Record for plaintiff, and shows that he has served the Plaintiff's Certificate of Interested Persons upon counsel for Defendant Otis, Spirit, and Nduko via the Court's using the CM/ECF (Pacer) system. Counsel for defendants are:

- Richard C. Foster

- Marc A. Hood

- Kimberly B. Reeves

This 26th day of January, 2016.

                                                                         /s/ Derek J. White
                                                                        DEREK J. WHITE
                                                                        Ga Bar No. 753291
                                                                        Co-Counsel for Plaintiff

**THE WHITE LAW GROUP**
P.O. Box 787
Pooler, Georgia 31322
(912)330-9733