IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

CANDIDA PILGRIM,           )
    Plaintiff,            )
                     )
v.                         )    CIVIL ACTION FILE
                     )
OTIS TRANSPORTATION, LLC;  )    NO. 3:16-CV-00016-TCB
JOSHUA O. NDUKO; PEOPLES   )
INSURANCE COMPANY; SPIRIT  )
COMMERCIAL AUTO RR GROUP, INC. )
and TRANSPORTATION AUTHORITY,  )
LLC,                       )
    Defendants.           )
_____)

## STIPULATION OF VOLUNTARY
## DISMISSAL UNDER FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared in the above-styled action, through undersigned counsel, hereby agree and stipulate that Peoples Insurance Agency, LLC, misnamed as Peoples Insurance Company in the caption, shall be dismissed without prejudice from this action as it is an insurance agency not subject to a direct action by Plaintiff.

This 24th day of February, 2016.

**THE WHITE LAW GROUP**

*/s/ Derek J. White*

Derek J. White, Esq.
Georgia Bar No. 753291
P.O. Box 787
Savannah, GA  31322
Phone:  912-330-9733
Fax:  912-330-9755
dwhitelawfirm@gmail.com
*Counsel for Plaintiff*
*(signed by Christine Mast with*
*express permission)*

**VARNER & SEGURA**

*/s/ James Segura*

James Segura, Esq.
Georgia Bar No. 634460
304 Pettigru Street
Greenville, SC  29601
Phone:  864-271-2232
Fax:  864-233-7546
jamessegura@varnerandsegura.com
*Counsel for Plaintiff*
*(signed by Christine Mast with*
*express permission)*

**HAWKINS PARNELL**
**THACKSTON & YOUNG LLP**

*/s/ Christine L. Mast*

Christine L. Mast
Georgia Bar No. 461349
303 Peachtree Street, Suite 4000
Atlanta, GA  30308-3243
Phone:  404-614-7400
Fax:  404-614-7500
cmast@hptylaw.com
*Counsel for Peoples Insurance Agency,*
*LLC*
**CARLOCK COPELAND & STAIR,**
**LLP**

*/s/ Marc A. Hood*

Kimberly Blount Reeves, Esq.
Georgia Bar No. 333419
Marc A. Hood, Esq.
Georgia Bar No 490821
Richard C. Foster, Esq.
Georgia Bar No. 2710
Carlock Copeland & Stair, LLP, #3600
191 Peachtree Street, NE
Atlanta, GA  30303-1740
Phone:  404-522-8220
Fax:  505-215-5616
kreeves@carlockcopeland.com
mhood@carlockcopeland.com
rfoster@carlockcopeland.com
*Counsel for Otis Transportation, LLC;*
*Joshua O. Nduko; and Spirit Commercial*
*Auto RR Group, Inc.*
*(signed by Christine Mast with*
*express permission)*

11328299

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

CANDIDA PILGRIM,                    )
    Plaintiff,                   )
                           )
v.                                  )     CIVIL ACTION FILE
                           )
OTIS TRANSPORTATION, LLC;           )     NO. 3:16-CV-00016-TCB
JOSHUA O. NDUKO; PEOPLES            )
INSURANCE COMPANY; SPIRIT           )
COMMERCIAL AUTO RR GROUP, INC.      )
and TRANSPORTATION AUTHORITY,       )
LLC,                                )
    Defendants.                  )
_____)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed the foregoing **Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation of such filing to the following attorneys of record for the parties:

| | |
|---|---|
| Derek J. White, Esq.<br>The White Law Group<br>P.O. Box 787<br>Savannah, GA  31322<br>dwhitelawfirm@gmail.com<br>*Counsel for Plaintiff* | James Segura, Esq.<br>304 Pettigru Street<br>Greenville, SC  29601<br>jamessegura@varnerandsegura.com<br>*Counsel for Plaintiff* |

| Transportation Authority, LLC<br>c/o CT Corporation System, its<br>Registered Agent<br>2394 E. Camelback Road<br>Phoenix, AZ  850516<br>(VIA FIRST CLASS MAIL) | Kimberly Blount Reeves, Esq.<br>Marc Hood, Esq.<br>Richard C. Foster, Esq.<br>Carlock Copeland & Stair, LLP<br>191 Peachtree Street, NE, Suite 3600<br>P.O. Box 56887<br>Atlanta, GA  30303-1740<br>kreeves@carlockcopeland.com<br>mhood@carlockcopeland.com<br>rfoster@carlockcopeland.com<br>*Counsel for Otis Transportation, LLC;<br>Joshua O. Nduko and Spirit<br>Commercial Auto RR Group, Inc.* |
|---|---|

I also certify that, pursuant to LR 5.1C, ND Ga., the above document was prepared in Times New Roman 14 point font.

This 24th day of February, 2016.

HAWKINS PARNELL
THACKSTON & YOUNG LLP

*/s/ Christine L. Mast*
_____

| | |
|---|---|
| 303 Peachtree Street<br>Suite 4000<br>Atlanta, GA  30308-3243<br>(404) 614-7400 *(phone)*<br>(404) 614-7500 *(fax)*<br>cmast@hptylaw.com | Christine L. Mast<br>Georgia Bar No. 461349<br>*Counsel for Defendant People's Insurance<br>Agency* |

11328299